UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.        CRIMINAL NO. 2:25-cr-00007
          18 U.S.C. § 152(9)

JAMES EUGENE WELLS

### I N F O R M A T I O N

The United States Attorney Charges:

From on or about February 26, 2023, to on or about February 8, 2024, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JAMES EUGENE WELLS knowingly and fraudulently withheld from a custodian, trustee, marshal, and other officer of the court or a United States Trustee entitled to its possession, any recorded information (including books, documents, records, and papers) relating to the property and financial affairs of a debtor in a bankruptcy case under Title 11, United States Code, that is, that certain action filed in the United States Bankruptcy Court for the Southern District of West Virginia identified as Case Number 2:22-bk-20161.

In violation of Title 18, United States Code, Section 152(9).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney